Camron belcher 91436
_(full name/prisoner number)_

Po Box 51

Boise ID . 83707

_(complete mailing address)_

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Camron Belcher          ,
_(full name)_
            Plaintiff,

~~Josh~~ Josh Tewalt

v. Warden Jay Christensen,

Deputy Warden Timothy mccoy,

LT. Tyler Nickodemus,

Clinician IDA

Clinician Heart

            Defendant(s).

_(if you need additional space, use a blank page for a continuation page)_

Case No.
_(to be assigned by Court)_

~~*/*~~ Verified ~~**~~

**PRISONER COMPLAINT**

Jury Trial Requested: ⊗ Yes    ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
_(check all that apply):_

☑ 42 U.S.C. § 1983 _(applies to state, county, or city defendants)_
☐ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388
(1971) and 28 U.S.C. § 1331 _(applies to federal government defendants only)_
☐ Other federal statute _(specify)_ _____; or diversity of citizenship.
☐ I also ask the federal court to exercise supplemental jurisdiction over state
law claims.

## B. PLAINTIFF

My name is Belcher . Camron Dean . I am a citizen of the State of Idaho ,

presently residing at IMSI

PRISONER COMPLAINT - p. 1_                    _(Rev. 10/24/2011)_



Dilliberate indiference; 8th Amendment Claim:

Claim I - Plaintiff Claims that the glass fragments within his hand caused pain and cutting within & under the skin to the point of hindering & preventing day to day activities decpite defendants Knowledge;

(a) Im sueing defendant Coraizon in there official compassity.
   compensentry damages $40,000
   punitive damages $80,000

(b) defendant corizon regional medical director (NAME ?) in His individaul compassity.
   compesentry damages $40,000
   punitive damages $80,000

(c) I am suing in individaul compassity RONA Seigert.
   compensentry damages $40,000
   punitive damages $80,000



(d)    Defendant warden "Jay Christiansen" indidual compacity
       Comensentry damages $100.000
       Punitive damages $250.000

       official compeacitry dryuctive relief; and injuctive
       order;
   1. Terminating customs and policy of double celling Close
      Custody inmates;
   2. terminating employment and pention; &
   3. exeption; transferred to and housing at a community custody
      work center.
   (B) Defendant "Timithy macay" individual compacity
       comencenery damages $100,000
       punitive damages $200,000
          official compacity injuctiv relief and injuctive
       order & injuctive relief; Terminating customs and policy

Claim II    Self Surgery;
   (a) Defendant IDOC Director "Josh duelt" official compacity
   1. injuctive relief terminating Customs and policy of double
      Celling Close Custody inmates;
   2. terminating employment and pention &
   3. exeption transferred to and Housing at a comunity
      Custody work center.



(b)   Defendant corizon official compacity injuctive order
    1. Imedeant mental Health care;
    2. Imidant medical care from specialist for my hand; And
    3. termination of corizon cantract with EDOC

(C)   Defendant Lt. Tyler Nickadeamus
    1 of double celling close custody inmates
    2 Terminating employment and pention;
    3 exeption to Correctional work center

(d)   Defendant Clinician IDA
      I am sueing for individual compacity
  compencentry Damages $50,000
  Punitive damages $100,000

(e)   Defendant Clinician Heart
    I am sueing for individual compacity
  Compencentry Damages $50,000
  Punitive $100,000

Claim III   Deprevation of prisoner's Constitutional right to personal
    Safty:
       The two physical altercations; spinal injury;
  PTSD; and; self mutilation doe to mental instability
  caused by physical Altercations:

(a)   Defendant "Josh tualt"
      official compacity & injuctive relief

1. Imedeant mental Health care;
2. Imidant medical care from specialist for my hand; and
3. termination of corizon contract with IDOC

(b) Defendant Deputy warden "chnstionsen"
       individaul compasity and.
     Compensentry Damages $ 150,000
        Punitive Damages $ 250,000


      Defendant "LT. TYler NieKadeumus"
(c)   Individual compasity
         compencentry Damages $ 150,000
          punitive damages $ 250,000


(d)     Defendant Clinician IDA
      Individual compaeity
      compencentry damage $ 5,000
        punitive Damage $ 10,000


(e)   Defendant Clinician Heart
      Individual Compacity
         Compencentry damages $ 5,000
          punitive Damages $ 10,000

Claim IIII  Gained 50 pounds;
                    defendant Josh twatt
         official compacity. injuctive relief. injuctive
      order.
      1. IMIEDENT mental Health care;
      2. Imedent medical care from ~~derion~~ doctors
      3 termination of contract with IDOC

   (a) Defendent warden "Christionson" individual
       Compasity.
                 Compencentry $ 28,000
                 punitive $ 35,000


   (b) Defendant LT "Tyler Nickademus" individual
       compacity
                 Compencentry Damages $ 28.000
                 punitive Damages $ 35.000


   (c)      Defendant "Timathy mckay" in individual
       compacity.
                 Compencenry Damage $ 28.000
                 punitive damages $ 35.000



# Facts

1. I have a long history of menal health issues

2. I suffered a hand injury 4-18-18 after a car accident

3. Since That car accident I have been dealing with Hospital specialist,

4. The severity of my injury has made simple day to day activities much more complicated. Swelling glass fragment, Broken bone and fractures.

5. From 4-18-18 / 10-1-10 I have seen multiple specialist all of wich concurred on surgery being treatment after a period of healing

6. IDOC: Did conduct two authorized transports to the outside specialist. It was determind that forien glass objects in my hand needed or should be removed.

7. The plainiff I camron Belcher made it abundantly Clear the pain I was expeiencing from the glass forien object in my hand also Hindering my day to day activities. mentally anguishing and physically taxing. —— " You were seen by two specialist Providers Both recomended Forien Body be removed "

8. Grievence: IC 190001093 Location ISCC in this grievences dispositions modified section responder 3rd level clearly admits bolth outside providers specialist agreed the forien object in the Hand should be removed. [ Exibit ] Pack (a)     (a)

9. Regional medical supervisor ignored specialist to save cost also ignored there own providers recomondations to return to the specialist.

10. Multiple HSR and concearns were put in also verbally stated I felt forced to have to Cut open my hand preform surgery to Aleaviate my pain

11. There was so many days I felt less than a person being denied proper treatment. deppressed sucidal ugly worthless trash tell I acted on this Cutting open my hand



to remove the glass from my hand. This took 5 hours of Cutting with a single blade razor. there was blood all over the sink and ground alot of Blood my cellie was yelling Complaining I pushed him made it clear I was already Contimplating sucide and I would cut my throught if he pressed the botton or got an additude. I cut and cut everytime I had deeper tell I got angry and cut too deep but finally removed the glass that was Cutting the inside of my hand and hurting me imensly. Kept Cutting all parts of my scar during the night aswell.

12. STaff were very aware I have been feeling this way and having these issues. The Clinician and the provider along with Staff all said there was nothing they could do. " They have no controle of regional medical Supervisor's decide"! Therefore I cut the glass out of my hand being forced to do surgery on myself.

13. Now in regards to housing max Custody inmates in double cell's About a year ago I was housed in a Close Custody tier with a inmate who was max points who had a huge amount of violent Crimes. I was minimum Custody at the time.

14. I was eventually to no suprize in a fight with this individual I got my lower back Hit hard against the sink. Im still having problems with my back over this it has not gone away I was punched multiple times leaving bump's on my head all over the top of my head



15. this was also very upseting and emotional I have had a concussion contution from a prior serious assault against me. I was really hurt Badly I've been since suffering with a Tromatic Brain injury this has caused me phycosis PTSD I've been on SSI and put in mental hospitals.

16. I have non-violent crimes I am close to finishing my time I've more then served my time. I do not like to fight this incedint made me very disturbed I was crying and became susidal I spent a week in the hole.

17. By policy I should of never been put in close custody being minimum custody with no overide in the first place.

18. I've been subjected to this for going on 3 years There is been in this situation. Continued lockdowns with 15 min out of the cell after 72 hour's of being in this situation.

19. Very poor mental health help HSR are being answered weeks later. walks every 2 weeks. no classes or therapy

20. my spine is hurt from a fight in close custody on a lock down

21. Now while housed again in max ": close custody in IMSI" IDOC housed in close custody inmates were and are being put in double cells with no Air Conditioning in record heat tempetures the cells are 100° outside 103° two people body temp 98° that is very dangerous to do this to people they are already unconsthtutionally housed with them going against

established law. the continued lockdowns and housing has efected The Plaintiff "a already mentally ill inmate" To worsen in his Condition wich has caused recent physical pain and damage, injury

22. Because of these conditions I have cut open my skin with razors. punched the walls breaking open my hand swelling hurting wanting death. The humidity the sweat from people smell of flatchalence. fieces is just overwhelming

23 I could not exersize in my cell with the overwhelming heat I've Been in arguements. Fight with my cellie just cause of moving around to much to Clean or workout with Shower's being 72 hours in lock down away just Sweating in your smell and sweat with poor mental help they refuse to even pull inmates from there cells to talk. being Clinicians they do nothing for mental instability that poses a greater risk to inmates Ive had black eyes busted lip hurt Back. without working out I have gained 50 pounds this makes it harder to breath my blood pressure has increased my heart has recenltty started hurting this is all Just adding up I spend nights Crying at the wall trying to be quite about it Just feeling like dieing. this is undoughtedly A typical housing. I implore courts to act.

. I will ᵃᵈᵈ all the exact times dates names and location during discovery or after defendants are in posession of all of these things they will not provide me.

# injuries

1. After multiple visits to the specialist, also the ISCC provider it was determined that the glass in my hand be removed this was a determination by PHD. level proffessional doctors the provider realized this recomended I go do ecactly that. This was overturned by regional medical to save cost. I had to deal with glass cutting internal bleeding in my hand. it Just hurt when I exersized it Hindered this taking a toll on my mental condition

2. I cut this out of my hand. This was all because I was left in pain and forced to preform surgry on myself Because they wanted to save cost.

3. As I cut myself. I Bleed all over my skin had a cut on the top middle of my ~~right~~ left hand I cut into this tell the glass came out for five hours I could see the Bone in my hand when I finished

4. as I was cutting my hand it made me mentally unstable I was angry because they did not care about my pain I felt this act was directed to get me to harm myself I felt worthless like trash when I was cutting I cried also I became sucidal I got into it with my cellie I had at the time of this incident Kept Cutting even after the surgery Just upset about my huge Kiloid scar this was a very upseting event

My injury I have been having from my having to spend so many times locked in close custody double celled. also with the prison having no Air Conditioning during The record High Tempiture we have recently went through this was 5/11 cells 2 peope the tempature of the room was 100° at least it felt like a oven no joke it's like 101° temps outside 2 guys 98° temps normal for humans to have a body temp of 98° with these tempitures we are sweating prefusly we can not exersize even moving around is Agrivating to cellie's on top of that locked down days at a time I cut myself. ended up in a fight with my cell mate he got aggressive I hurt my back again it has been so stressful also showers every 3 days with sweating sitting in filth. This type of Houseing made me gain 50 pownd 9-27-21 I was told by medical staff I have a irregular heart Beat. This could cost me my life Now again I was put in Close Custody in double cells I was moved to a cell who had violent crimes Close custody points. When I had minimum points I got into a fight because of tension lock downs and all of this stuff I was shoved hard against the sink hurting my lower spine it has been painful ever since I got lumps all over my top skull from putting my head down I cut myself on my arms and spent 1 week in the Hole I suffered mentally becoming sucidal.



fear of retoleation and retrobution

So I have seen officer's and admin medical
do some seriously atrotions thing's that could
actually kill a person on perpous with synical
intentions its very scary. I have past problems
of getting set up and Jumped the officers did
things to make that happen now this is seprate
from that but the court I Believe needs to know
that there are some "bad apples" in here that would
do Criminal act's to kill and hurt things I would never
do being non-violent check fraud from 9 years ago I
have done over this I was using and feel stupid and
ashamed I do not like evil things I am subjected
to evil who are sworn to Justice" it a sad thing
when an inmate would act with honor and
no Caruption, "There is alot of evidence of my statments
I Can present that will shock the court - if necessary
"Compared to officer's" please protect me from harm
if necessary if the court has power. "I am scared to
put grievences on issues from what I've seen"

I Declare under penalty of purgury. all statments
Herin are TRue To the best of my Knowledge
Camron Dean Belcher 91436
9-28-21

I Cirtify that on the 28th day of september
2021 I Caused this pleading to be efiled to the US.
Court by the IMSI Paralegal
Camron Dean Belcher 91436
9-28-21